U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB 24 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| CURTIS HALL | CIVIL ACTION NO. 13-535-P |
| VERSUS | JUDGE WALTER |
| JAMES M. LEBLANC, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the motion for preliminary injunction (Doc. 5) and the motion for preliminary injunction and temporary restraining order (Doc. 13) are **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 24 day of Feb 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE